**JUDGE SWAIN**

**08 CV 5288**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANHATTAN PROPERTIES I, LLC d/b/a
MANHATTAN PROPERTIES COMPANY
**Plaintiff**

-v-

SCOTT COOK, JOHN DOE, JANE DOE and
XYZ CORP.
**Defendants**

Case No.

Rule 7.1 Statement

RECEIVED
JUN 10 2008
U.S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MANHATTAN PROPERTIES I, LLC (a private non-governmental party) certifies that the party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       June 9, 2008

ROSENBERG & ESTIS, P.C.

By: _____
Luise A. Barrack (LB-0490)
Hal N. Beerman (HB-4295)
733 Third Avenue
New York, New York 10017
(212) 867-6000
Attorneys for Plaintiff

To: Scott Cook
    1400 N. Sweetzer Avenue, #303
    Los Angeles, California 90069

    John Doe, Jane Doe and XYZ Corp.
    1400 N. Sweetzer Avenue, #303
    Los Angeles, California 90069

RE\51167\0031\367174v1