```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
PRESENT:                                            DOC #: _____
              Honorable Laura Taylor Swain, U.S.D.J. DATE FILED: FEB 2 4 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MANHATTAN PROPERTIES I, LLC d/b/a         :   Civil Action No. 08 CV 5288 (LTS)
MANHATTAN PROPERTIES COMPANY,             :
                                          :
              Plaintiff,                  :   **ORDER**
                                          :
    -against-                             :
                                          :
SCOTT COOK, JOHN DOE, JANE DOE AND XYZ    :
CORP.,                                    :
                                          :
              Defendants.                 :
------------------------------X

The plaintiff having moved for an order pursuant to Federal Rule of Civil Procedure Rule 55 for a default judgment. In support of the motion, the plaintiff has submitted the affidavit of Claude J. Litton sworn to on December 12, 2008, and exhibits annexed thereto, including a copy of the summons and complaint in this action, the affidavits of service thereof, and the Clerks' certificate of default.

Upon the foregoing papers, and on motion of Rosenberg & Estis, P.C., attorneys for the plaintiff, it is hereby ORDERED as follows:

1. The motion is granted.

2. The defendant, *Scott Cook*, is hereby ordered to cease and desist from using the website http://www.295fifthavenue.com, defendant is hereby ordered to cease and desist from registering, re-registering, or otherwise encumbering the website http://www.295fifthavenue.com and it is further ordered that http://www.295fifthavenue.com, to the extent that defendant has any rights in said website, be transferred to plaintiff's sole and exclusive possession within 21 days of this Order. *The Clerk of Court is respectfully requested to enter judgment and close this case.*

Dated: New York, New York
       *February 24, 2009*

                                                  ENTER:

                                                  _____
                                                  U.S.D.J.

RE\51167\0031\382271v1